# **EXHIBIT C**



Plaintiff's PADALILY® Infant Carrier Handle Cushion

**************************************************







Defendant's infringing handle cushion.